UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN D. ROSSI, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-957 |
| | § § | |
| CITY OF HOUSTON, *et al*, | § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the jury verdict rendered and entered in this case, the plaintiff, Steven D. Rossi, shall take nothing by his suit.

This is a Final Judgment.

SIGNED on this 12th day of November, 2014.

_____
Kenneth M. Hoyt
United States District Judge